

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                             CRIMINAL NO. 3:03cr139BN

TYRONE RUSSELL

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment filed September 10, 2003, against the defendant.

                                        DUNN LAMPTON
                                        United States Attorney

By: _____
     G. W. BOND
     Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 17th day of January, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE